AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:25-mj-00140 |
| Luther Bullock Jr. | ) Assigned To : Harvey, G, Michael |
| DOB: XXXXXX | ) Assign. Date : 8/14/2025 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 11, 2025__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | (Unlawful Possession of a Firearm and Ammunition By a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year) |

This criminal complaint is based on these facts:
See attached statement of facts.

☒ Continued on the attached sheet.

_____
Complainant's signature

Jeremy Brady, Officer
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 08/14/2025

_____
Judge's signature

City and state: Washington, D.C.   G. Michael Harvey, U.S. Magistrate Judge
Printed name and title