AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

RECEIVED
By USMS District of Columbia District Court at 12:58 pm, Aug 14, 2025

| United States of America | ) |
|---|---|
| v. | ) |
| Luther Bullock Jr. | ) Case: 1:25-mj-00140 |
|  | ) Assigned To : Harvey, G, Michael |
|  | ) Assign. Date : 8/14/2025 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*        Luther Bullock Jr.

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1)   (Unlawful Possession of a Firearm and Ammunition By a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year)

Date:   08/14/2025

*Issuing officer's signature*

City and state:   Washington, D.C.        G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)*  8/14/2025 , and the person was arrested on *(date)*  8/15/2025
at *(city and state)*  Washington D.C.

Date:  8/15/2025

*Arresting officer's signature*

K. McBride                    DUSM
*Printed name and title*